**Order, Judgment, and Concurring Opinion filed January 4, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00204-CV

### CCC GROUP, INC., Appellant

### V.

### ENDURO COMPOSITES, INC. AND J.P. MACK INDUSTRIES, LLC, Appellees

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2014-18092**

## ORDER

On August 31, 2021, this court issued a judgment in which the court affirmed in part and reversed and rendered in part the trial court's judgment. This court also issued a Majority Opinion, and Justice Spain authored a Concurring Opinion.

On September 16, 2021, the parties notified this court that they had agreed to mediate the case in an attempt to settle the matters on appeal. We removed the case from this court's active docket to permit the parties to mediate. On December 14, 2021, the parties filed a joint motion to dismiss the appeal because the parties reached a settlement agreement. We grant the motion to dismiss.

We already have issued an opinion in this appeal, and we decline to withdraw the Majority Opinion. *See* Tex. R. App. P. 42.1(c); *see Houston Cable TV, Inc. v. Inwood West Civic Ass'n*, 860 S.W.2d 72, 73 (Tex. 1993).

We reinstate the appeal, withdraw our judgment dated August 31, 2021, and in its place, we issue a judgment dismissing the appeal.


/s/    Randy Wilson
           Justice

Panel Consists of Justices Jewell, Spain, and Wilson. Justice Spain authored a Concurring Opinion.